| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Utgaard, Stuart B. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Utgaard, Kimberly J. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9063 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9508 |
| Street Address of Debtor (No. and Street, City, and State):<br>217 W. 1st Street<br>Star Prairie, WI     ZIP Code 54026 | Street Address of Joint Debtor (No. and Street, City, and State):<br>217 W. 1st Street<br>Star Prairie, WI     ZIP Code 54026 |
| County of Residence or of the Principal Place of Business:<br>St. Croix | County of Residence or of the Principal Place of Business:<br>St. Croix |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 10<br>Star Prairie, WI     ZIP Code 54026 | Mailing Address of Joint Debtor (if different from street address):<br>P.O. Box 10<br>Star Prairie, WI     ZIP Code 54026 |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)**

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ☐ Debts are primarily
  business debts.

**Filing Fee (Check one box)**

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the debtor
  is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
  to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more
  classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Utgaard, Stuart B. <br> Utgaard, Kimberly J. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> Sportsman's Warehouse, Inc. | Case Number: <br> 09-10990 | Date Filed: <br> 3/21/09 |
|---|---|---|
| District: <br> Delaware | Relationship: <br> Shareholders | Judge: <br> Christoper Sontchi |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>   Signature of Attorney for Debtor(s)            (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____

     (Name of landlord that obtained judgment)

     _____

     (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Utgaard, Stuart B.<br>Utgaard, Kimberly J. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Stuart B. Utgaard*
Signature of Debtor   Stuart B. Utgaard

X *Kimberly J. Utgaard*
Signature of Joint Debtor Kimberly J. Utgaard

Telephone Number (If not represented by attorney)
12/17/09
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)
James D. Sweet
Printed Name of Attorney for Debtor(s)
Murphy Desmond S.C.
Firm Name
33 East Main Street, Suite 500
P.O. Box 2038
Madison, WI 53701-2038
Address

(608) 257-7181
Telephone Number
12/17/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

United States Trustee's Office
780 Regent Street Suite 304A
Madison, WI 53715

Internal Revenue Service
Insolvency Unit
PO Box 21126
Philadelphia, PA 19114

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

402 N. Cove, LLC
c/o Scott Nielsen
1371 S. Vintage Oak Lane
Salt Lake City, UT 84121

American Bank
1578 University Ave.
Saint Paul, MN 55104

Anchor Bank
P.O. Box 7933
Madison, WI 53707

Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019

Black Helterline LLP
805 SW Broadway
Suite 1900
Portland, OR 97205-3359

Bremer Bank
formerly Northwest Savings Bank)
532 S. Knowles Avenue
New Richmond, WI 54017

Bremer Bank
532 S. Knowles Avenue
New Richmond, WI 54017

Bridgeview Bank
4222 E. Camelback Rd.
Phoenix, AZ 85018

Bryan Cave LLP
Attn: Attorney Michelle McMahon
1290 Avenue of the Americas
New York, NY 10104-3300

Chase
P.O. Box 94014
Palatine, IL 60094

City of New Richmond Treasurer
156 E. First Street
New Richmond, WI 54017

Columbia Sportswear

14375 NW Science Park Drive
Portland, OR 97229

First American Bank
12333 University Ave.
Clive, IA 50325

First Horizon
400 Horizon Way
Irving, TX 75063

Hawkins Companies
855 Broad Street, Ste. 300
Boise, ID 83702

Liberty Plumbing & Heating, Inc.
198 West 4860 South
Salt Lake City, UT 84107

Lindquist & Vennum
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274

Marshall Bank First
225 S. 6th St, Suite 2900
Minneapolis, MN 55402

McGillis Investment Co.
3038 South 1030 West
Salt Lake City, UT 84119

Murnane Brandt
Attn: Attorney John E. Brandt
30 East 7th Sreet, Suite 3200
Saint Paul, MN 55101-4919

New Balance
Brighton Landing 20 Guest Street
Brighton, MA 02135

New Richmond Regional Airport
156 East First Street
New Richmond, WI 54017

North Star Bank
4661 Hwy 61
White Bear Lake, MN 55110

Perkins Coie, LLP
c/o Attorney Thomas R. Johnson
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128

Protection One
P.O. Box 5714
Carol Stream, IL 60197-5714

Pure Fishing
1900 18th Street
Spirit Lake, IA 51360

Rocky Mountain Power

P.O. Box 25308
Salt Lake City, UT 84125

Salt Lake City Corporation
Public Utilities
P.O. Box 30881
Salt Lake City, UT 84130-0881

Salt Lake County Treasurer
P.O. Box 410418
Salt Lake City, UT 84141-0418

Small Business Admin.
MN Business Financing Corp.
4191 2nd Street South
Saint Cloud, MN 56301

Sportsman's Aviation, LLC
215 West 1st Street
Star Prairie, WI 54026-0010

Sportsman's Warehouse, Inc.
7035 South High Tech Drive
Midvale, UT 84047

Stearns Bank
4191 2nd Street South
Saint Cloud, MN 56301

Target
P.O. Box 59317
Minneapolis, MN 55459-0317

The Hartford
One Hartford Plaza
Hartford, CT 06155

Thomas Glennon & Assoc.
90 South 7th Street
Minneapolis, MN 55402

US Bank
P.O. Box 790408
Saint Louis, MO 63179

Wasatch Tile & Marble
7375 South State Street
Midvale, UT 84047

Wells Fargo
P.O. Box 14411
Des Moines, IA 50306

Wells Fargo
P.O. Box 54780
Los Angeles, CA 90054

Westfields Hospital
535 Hospital Road
New Richmond, WI 54017-1449